UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JIMMY L. GETTINGS,

        Defendant.

CASE NO. CR. S-00-535 WBS

ORDER

----oo0oo----

        Defendant has filed a letter requesting an evidentiary hearing for the purpose of proving that the testimony of a government witness at trial was false.  There is no proceeding pending in this court to which such a hearing could pertain.  The final judgment entered by this court on February 13, 2002 was affirmed by the Ninth Circuit Court of Appeals on December 9, 2004.  Defendant's petition for relief pursuant to 28 U.S.C. § 2255 was denied on January 12, 2004, and on February 27, 2004 this court granted a certificate of appealability on his claim of ineffective assistance of counsel.  That appeal is currently pending in the United States Court of Appeals for the Ninth Circuit.

            IT IS THEREFORE ORDERED, that defendant's request for an evidentiary hearing be, and the same hereby is, DENIED.

DATED:  April 5, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE